UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**

OCT 13 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05 00600 RS |
| Plaintiff, | |
| v. | ORDER TO APPEAR |
| | SAN JOSE VENUE |
| TIMOTHY ALLEN BELL, | |
| Defendant. | |

YOU ARE HEREBY ORDERED to appear before the United States District Court at the place, date and time set forth below.

You are to appear at the United States District Court, Northern District of California on Tuesday, 18 October 2005 at 11:00am. The court is located at 280 South First Street, San Jose, California. You are to appear before the Honorable Magistrate Judge Richard Seeborg.

You are being charged with a violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code 23152(a), driving under the influence of alcohol and California Vehicle Code 23152(b), driving under the influence of alcohol with blood alcohol content of .08% or more.

Dated: 10/13/05

RICHARD SEEBORG
United States Magistrate Judge

ORDER TO APPEAR
CR 05-00600 RS